IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

LELAND KNAPP,

           Plaintiff,

vs.

NOVARTIS CONSUMER HEALTH, INC.,

           Defendant.

4:14CV3007

**MEMORANDUM AND ORDER**

This matter is before the court on the parties' joint stipulation for an extension of certain discovery deadlines, (Filing No. 23). Based upon the parties' representations the joint stipulation is approved.

Accordingly,

IT IS ORDERED:

1) The parties' joint stipulation, (Filing No. 23) is approved. The discovery deadline is October 31, 2014. Any dispositive motions must be filed by November 14, 2014.

2) A telephonic status conference is set for October 27, 2014 at 1:00 p.m. before the undersigned. Plaintiff's counsel shall initiate the call.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge