IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LELAND KNAPP,<br><br>        Plaintiff,<br><br>vs.<br><br>NOVARTIS CONSUMER HEALTH, INC.,<br><br>        Defendant. | 4:14CV3007<br><br>**ORDER** |

    A pretrial conference is scheduled in this case for March 3, 2015 and the jury trial is scheduled for March 16, 2015.  Defendant's motion for summary judgment is pending.

    Accordingly,

    IT IS ORDERED that the pretrial conference and jury trial are continued pending further order of the court.  If this case is not fully resolved by summary judgment, within ten (10) days after the summary judgment ruling, the parties shall contact the undersigned magistrate judge's chambers to re-schedule the pretrial conference and trial.

    Dated this 13th day of February, 2015

                                                            BY THE COURT:

                                                            *s/ Cheryl R. Zwart*
                                                             United States Magistrate Judge